768 S.E.2d 401

**Robert L. CULLEN, Andrew A. Corriveau
and Andrea Hucks, Petitioners,**

**v.**

**J. Bennett McNEAL, B. McNeal Partnership, L.P.,
Anthony R. Porter and Wright's Point Home
Owners Association, Respondents.**

**Appellate Case No. 2011–196126.**

**No. 27489.**

Supreme Court of South Carolina.

Heard Jan. 15, 2015.
Decided Jan. 28, 2015.

John E. North, Jr., of North & Black, PC, of Beaufort, for Petitioners.

Joel D. Bailey, of The Bailey Law Firm, PA, of Beaufort, for Respondents.

PER CURIAM.

We granted a writ of certiorari to review the Court of Appeals' decision in *Cullen v. McNeal*, 390 S.C. 470, 702 S.E.2d 378 (Ct.App.2010). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.